IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

REGINALD ROBINSON                                                    PLAINTIFF

v.                                    No. 3:17-cv-15-DPM

PULASKI TECHNICAL COLLEGE                                            DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____7 March 2017_____